AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 13, 2024**

SEAN F. McAVOY, CLERK

JEROME J. C., )
*Plaintiff* )
v. )   Civil Action No. 1:24-CV-3064-TOR
)
COMMISSIONER OF SOCIAL SECURITY, )
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Opening Brief, ECF No. 7 is DENIED.
Defendant's Response Brief, ECF No. 15 is GRANTED.
Pursuant to the Order filed at ECF No. 17, the final decision of the Commissioner is AFFIRMED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O. Rice .

Date: 12/13/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Ruby Mendoza
*(By) Deputy Clerk*

Ruby Mendoza